IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MATILDA RANDLE, AS PERSONAL
REPRESENTATIVE OF WILLIE J. JORDAN,
DECEASED, AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
WILLIE J. JORDAN, DECEASED                                                    PLAINTIFFS

VS.                                                                                         CIVIL ACTION
                                                                                            NO. 5:06-CV-163BR

YAZOO CITY HEALTH & REHABILITATION
CENTER; NATIONAL HERITAGE REALTY, INC.;
SCOTT LINDSEY; BOYD P. GENTRY AND
LISSA COLLINS AND JOHN DOES 1 - 10                                            DEFENDANTS

### AGREED ORDER OF DISMISSAL

**CAME ON FOR CONSIDERATION** this date, the Motion to Dismiss Defendants, Boyd P. Gentry and Lissa A. Collins, and plaintiff's Response to Motion to Dismiss Defendants, Boyd P. Gentry and Lissa A Collins, and the Court, upon finding that plaintiff is unopposed to said motion as shown by Exhibit "A" attached hereto, and after considering the evidence, finds that the Motion to Dismiss should be and is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Boyd P. Gentry and Lissa A. Collins are hereby dismissed from this cause of action with prejudice, and that each party shall bear their respective costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 27th day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:


s/ Charles E. Gibson, III
Charles E. Gibson, III (MSB #4821)
The Gibson Law Firm, PLLC
447 Northpark Drive
P.O. Box 6005
Ridgeland, MS   39158-6005
Phone: (601) 957-6010
Fax:    (601) 957-6065
*Attorneys for Plaintiff*


s/ Michael E. Phillips
Michael E. Phillips (MSB #100119)
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
P. O. Box 13429
Jackson, MS 39236-3429
Phone:  (601) 366-4343
Fax:    (601) 981-7608
*Attorneys for Defendants*