IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MATILDA RANDLE, AS PERSONAL
REPRESENTATIVE OF WILLIE J. JORDAN,
DECEASED, AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
WILLIE J. JORDAN, DECEASED                                                              PLAINTIFFS

VS.                                                                                              CIVIL ACTION
                                                                                         NO. 5:06-CV-163BR

NATIONAL HERITAGE REALTY, INC. D/B/A
YAZOO CITY HEALTH & REHABILITATION
CENTER                                                                                         DEFENDANTS

## JUDGMENT ON JURY VERDICT

**THIS CAUSE** having come on to be heard in open Court, and the Court having jurisdiction of the parties and the subject matter, and all parties having personally appeared and by their counsel announced ready for trial, there came a jury of eight good and lawful men and women, who, being duly qualified, sworn and empaneled, did hear the evidence and arguments of counsel and received instructions of the Court and who then retired to consider their verdict, and who thereupon returned into open Court with the following unanimous verdict, to-wit:

We, the jury, find for the Defendant, National Heritage Realty, Inc.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint of Plaintiff, Matilda Randle, as Personal Representative of Willie J. Jordan, Deceased , and On Behalf of the Wrongful Death Beneficiaries of Willie J. Jordan, Deceased, be, and the same is hereby, dismissed with prejudice, and the Plaintiff is hereby taxed with costs for which let execution issue.

**ORDERED AND ADJUDGED** this, the 3rd day of July, 2008.

> *s/Keith Starrett*
> UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

_____
Charles Gibson, III, Esquire
Gibson Law Firm
447 Northpark Drive
Ridgeland, MS   39157
    *Attorney for Plaintiff*


 /s/ L. Carl Hagwood
L. Carl Hagwood, Esquire
Michael E. Phillips, Esquire
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
P. O. Box 13429
Jackson, MS 39236-3429
    *Attorney for Defendants*